UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLCOMB, | No. 2:15-cv-02154-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA BOARD OF PSYCHOLOGY, et al., | |
| Defendants. | |

On November 6, 2015, plaintiff, represented by counsel, moved ex parte for an order that service of process be effected by a United States marshal. ECF No. 9. As explained below, the court GRANTS plaintiff's motion.

Rule 4 of the Federal Rules of Civil Procedures provides that "[t]he plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)." Fed. R. Civ. P. 4(c)(1). Subsection (c)(3) of Rule 4 allows the court to order that service be made by a United States marshal or deputy marshal at the plaintiff's request. Fed. R. Civ. P. 4(c)(3). "The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 or as a seaman under 28 U.S.C. § 1916." *Id.*

The court recognizes that courts rarely order that service be made by a United States marshal when the plaintiff is not proceeding in forma pauperis or as a seaman. The plain

1

1  language of Rule 4(c)(3), however, leaves district courts with discretion to order service by a
2  marshal in other circumstances.
3        Here, plaintiff has provided declarations showing that she has made a number of
4  unsuccessful attempts to serve the defendant members of the California Board of Psychology.
5  ECF Nos. 10-11.  Plaintiff has further shown that the Board meetings in San Diego on November
6  12, 2015 and November 13, 2015 may provide the best opportunity to serve the defendants, and
7  that the security at the Board meetings will likely preclude plaintiff from serving the defendants
8  absent the support of law enforcement.  ECF No. 10.  In light of these unusual circumstances, and
9  to promote the efficient resolution of this action, the court exercises its discretion to GRANT
10 plaintiff's ex parte motion that service of process be effected by a United States marshal (ECF
11 No. 9).
12       The court makes the following orders:
13       1.    Plaintiff is ORDERED to deliver copies of the summons and complaint
14 and the Form USM-285 to the U.S. Marshals Service no later than close of business today.
15       2.    The U.S. Marshals Service is ORDERED to effect service on the defendant
16 members of the Board of Psychology in attendance at the Board meetings in San Diego on
17 November 12, 2015 and November 13, 2015, as directed by plaintiff on the Form USM-285.
18 Plaintiff is responsible for all costs of service.
19       3.    The U.S. Marshals Service is further ORDERED to file a report with the
20 court no later than November 20, 2015 notifying the court of which defendants it successfully
21 served.  Plaintiff will be responsible for effecting service on any defendant the marshal is unable
22 to serve at the Board meetings on November 12 and 13, 2015.
23       IT IS SO ORDERED.
24  DATED: November 10, 2015.

UNITED STATES DISTRICT JUDGE

2