UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY HOLCOMB, | No. 2:15-cv-02154-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA BOARD OF PSYCHOLOGY, et. al., | |
| Defendants. | |

The parties jointly request this court continue the Pretrial Scheduling Conference currently set for April 14, 2016, until after the court rules on defendants' motion to dismiss. ECF No. 33.  In compliance with Fed. R. Civ. Pro. 16(b)(2), the court must issue a scheduling order "as soon as practicable" unless the judge finds good cause for delay.  Here, the courts' ruling on the pending motion may be dispositive of all or parts of this action or determine the contents of the pre-conference status report, as well as the scope of post-motion discovery.  That the motion to dismiss may resolve the action constitutes "good cause" for purposes of Rule 12(b)(2). Accordingly, the Status (Pretrial Scheduling) Conference is continued to June 9, 2016.

        IT IS SO ORDERED.

DATED: April 12, 2016

UNITED STATES DISTRICT JUDGE

1